**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Gerson Alvarado-Veliz, | ) | No. CV 07-2505-PHX-JAT |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Katrina Kane, | ) | |
| Respondents. | ) | |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241.  On September 26, 2008, the Magistrate Judge issued a Report and Recommendation (R&R) recommending that the Petition in this case be denied as moot.

Neither party has filed objections to the R&R.  Accordingly, the Court hereby accepts the R&R.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original));  *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #13) is accepted and adopted;

1        **IT IS FURTHER ORDERED** that the motion to stay (Doc. #12) is denied as moot;

2   and

3        **IT IS FURTHER ORDERED** that the Petition in this case is denied as moot, with

4   prejudice, with respect to the detention issues raised in this Petition only, and the Clerk of

5   the Court shall enter judgment accordingly.

6        DATED this 30th day of October, 2008.

7

8   _____

9                    James A. Teilborg
                 United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28